# Court of Appeals
# of the State of Georgia

ATLANTA,  March 27, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1234. MALIK EL v. UNION CITY MUNICIPAL COURT.**

After the Union City Municipal Court found Malik El guilty of violating a municipal ordinance, El filed a notice of appeal in the superior court. By order entered June 8, 2016, the superior court dismissed El's appeal, and El filed this direct appeal here. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Govt. of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001). Such compliance is required even where the superior court dismisses the action. See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). Because El failed to comply with the discretionary appeal procedure, we lack jurisdiction over this appeal. See id. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/27/2017*
> *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
> *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.